NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADELAJA ALLEN AROJURAYE,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

**and**

**DEPARTMENT OF DEFENSE,**
*Intervenor.*

---

2011-3034

---

Petition for review of the Merit Systems Protection Board in case no. DC0752100236-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the Department of Defense's motion to reform the caption to designate the Merit Systems Protection Board as the respondent and the motion for leave to intervene,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above. The Board and the Department should calculate their brief due dates from the date of filing of this order.

FOR THE COURT

FEB 0 4 2011

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Sheldon I. Cohen, Esq.
Jane W. Vanneman, Esq.
Michael Carney, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 4 2011

JAN HORBALY
CLERK